UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 14-793 DSF (VBKx) | Date | 2/27/14 |
|---|---|---|---|
| Title | Veronica Brown v. United States of America, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Dismiss (Dkt. No. 9); Order REMANDING Case

Defendant United States of America filed a motion to dismiss. No opposition to that motion was filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 3, 2014 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994). The motion to dismiss is GRANTED.

The remainder of the case is REMANDED to the Superior Court of California, County of Los Angeles as the Court has dismissed all claims over which it had original jurisdiction. See 28 U.S.C. § 1367(c)(3). Considerations of judicial economy, convenience, fairness, and comity favor remand as all that remain are state law claims and the Court has made no decisions in the case – procedural or substantive – other than this order.

IT IS SO ORDERED.